UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEMITRIUS R. WHITFIELD,

*Plaintiff*,

– against –

U.S. RAILROAD ADMINISTRATION,

*Defendant.*

**ORDER**
26-cv-01080 (NCM) (PCG)

**NATASHA C. MERLE**, United States District Judge.

On February 25, 2026, Plaintiff Demetrius R. Whitfield, proceeding pro se, commenced this action. *See generally* ECF No. 1. Plaintiff did not pay the requisite filing fees but did apply to proceed *in forma pauperis* ("IFP"), ECF No. 2.

By Order dated March 24, 2026, plaintiff's IFP application was denied without prejudice to renew and he was instructed that, to proceed with this case, he must either pay the $405 filing fee or submit a completed Long Form IFP application that demonstrates indigency within 14 days of the date of the Order. ECF No. 3. The Order warned that if plaintiff failed to do so within the time allowed, this action would be dismissed without prejudice. Soon thereafter, plaintiff filed a letter directing the Court to the docket for a separate case, *Whitfield v. MasterCard et al*, No. 26-cv-00471. ECF No. 4 at 1. Plaintiff asserts that the filing on that docket "prov[es] [his] indigency." *Id.*

That case, however, does not establish plaintiff's indigency. There, plaintiff submitted a Short Form IFP application and his motion to proceed IFP was granted "for

the limited purpose of th[e] Order" dismissing that complaint. *See Whitfield v. MasterCard et al*, No. 26-cv-00471, ECF Nos.2, 7. He did not pay the $405 filing fee or submit a completed Long Form IFP application in that case and has not done so in this one.

Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully requested to mail this order to the address of record and close this case.

**SO ORDERED.**

*/s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated:     April 30, 2026
           Brooklyn, New York

2